UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 19-CV-3070 (WMW/TNL)

---

Kevin Sorensen,

    Plaintiff,

v.

NBT Bank, N.A.,

    Defendant.

**STIPULATION FOR DISMISSAL**

---

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.


Date: November 13, 2020

    */s/ Bennett Hartz*
    Bennett Hartz (#393136)
    Walker & Walker Law Offices, PLLC
    4356 Nicollet Avenue South
    Minneapolis, MN 55409
    (612) 824-4357
    andrew@bankruptcytruth.com
    ***Attorneys for Plaintiff***

Date: November 13, 2020

    */s/ M. Brent Yarborough*
    M. Brent Yarborough (Pro Hac Vice)
    Maurice Wutscher LLP
    420 N. 20th Street, Suite 2200
    Birmingham, AL 35203
    (205) 451-0389
    byarborough@mauricewutscher.com
    ***Attorneys for Defendant***