UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kevin Sorensen, | Case No. 19-cv-3070 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| NBT Bank, N.A., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal, (Dkt. 23), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 17, 2020                              s/Wilhelmina M. Wright
                                                                       Wilhelmina M. Wright
                                                                       United States District Judge